UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America | ) |
| | ) |
| v. | ) USDC No. 21-cr-692-02 (CKK) |
| Marilyn Fassell        *defendant*. | ) |

NOTICE

Defendant, through undersigned counsel Nathan I. Silver, II, Esq. ("counsel"), appointed by this Court under the Criminal Justice Act, hereby notifies the Court that the defendant consents to the filing by codefendant Thomas Fassell of his Motion to Adopt and Join Co-Defendant's Motion to Modify Conditions of Release (ECF Doc. 34, filed April 25, 2022).

This pleading is,

Respectfully submitted,

/s/

NATHAN I. SILVER, II
Unified Bar #944314
6300 Orchid Drive
Bethesda, MD 20817
(301) 229-0189 (direct)
(301) 229-3625 (fax)
email: nisquire@aol.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing pleading has been served via ECF on Amanda Jawad, Esq., DOJ-USAO (Eastern District of Michigan) , attorney of record for the United States, and Dwight Crawley, Esq., attorney for codefendant Thomas Fassell, this 26th day of April, 2022.

/s/
_____
*Nathan I. Silver, II*