UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARILYN FASSELL,<br>         Defendant. | Criminal Action No. 21-692-2 (CKK) |

**ORDER**
(September 7, 2022)

Before the Court is Defendant Marilyn Fassell's ("Defendant") [60] Motion for Reconsideration of Motion to Modify Conditions of Release. Defendant requests reconsideration of the Court's May 16, 2022 [42] Order denying Defendant's request for a modification of her release conditions in order to possess a gun in her home. Both the Pretrial Services Agency for the District of Columbia and the Government oppose Defendant's requested relief.

As the Court explained in its [42] Order, Defendant's possession of a firearm would unduly risk Defendant's Pretrial Services Officer, who regularly makes unannounced supervisory visits to Defendant's home, particularly in light of the fact that "Defendant[] took part in an insurrection against the federal government." *Id.* at 7. Now, Defendant relies on a threatening letter she received on or about June 23, 2022. ECF No. 60 at 2. The Government represents, and Defendant does not contest, that the sender of the threatening letter has been apprehended by the Federal Bureau of Investigation and charged by criminal complaint in the United States District Court for the Southern District of Florida. *See* ECF No. 62 at 4-5; *see also* ECF No. 62-1 at 2. Nor does Defendant contest that her supervisory Pretrial Services Officer continues to make unannounced home visits. *See* ECF No. 62 at 4. As federal law enforcement has neutralized the alleged threat

1

2

on which Defendant relies for modification of her release conditions, and no other circumstances have changed since the Court's entered its [42] Order, it is hereby

**ORDERED** that Defendants' [60] Motion for Reconsideration of Motion to Modify Conditions of Release is **DENIED**.

**SO ORDERED.**

**Dated:** September 7, 2022

/s/
COLLEEN KOLLAR-KOTELLY
United States District Judge
