UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America | ) |
| | ) |
| v. | )    USDC No. 21-cr--692-02 (CKK)), |
| | ) |
| Marilyn Fassell, *defendant*. | ) |

NOTICE

The clerk will please note the attached letter of reference, consisting of one (1) page, from Barbara Baldwin, dated Dec. 5, 2022.

This notice is,

                                    Respectfully submitted,

                                    *Nathan I. Silver*

                                    NATHAN I. SILVER, ESQ.
                                    D.C. Bar No. 944314
                                    6300 Orchid Drive, Bethesda, MD 20817
                                    (301) 229-0189/(301) 229-3625 (fax)
                                    Email: nisquire@aol.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of this Notice has been served upon Douglas Meisel and Jason Crawford, assistants U.S. Attorneys., United States Dept. of Justice, USAO-DC via ECF this 9th day of December, 2022.

                                    __*Nathan I. Silver*_____
                                    *Nathan I. Silver*