December 5, 2022

To Whom it May Concern:

I have known Marilyn Fassell for over a year now, and during that time she has been one of the primary caregivers for my mother, who is 94 and suffers from cancer and dementia. Caring for someone in such condition is not an easy task, but Marilyn did it with such care, concern and love, as if it were her own mother. As none of her children lived nearby, it was such a comfort knowing we could rely on someone like Marilyn to have my mom's best interests at heart. She stayed many long shifts with my mom in her own home so that we could keep her in her preferred environment for as long as possible. When we had to move mom to an assisted living facility in another state,  we relied on Marilyn to accompany her on the long journey and keep her safe. She also stayed a couple days at the home with mom to help her settle in.  Marilyn takes her responsibilities as a care giver very seriously, and I would highly recommend her as someone who understands the sometimes challenging  role and carries it out with understanding and heart-felt care.

Sincerely,

Barbara Baldwin